otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

EDWIN SMITH, Respondent, v. NORTHWESTERN FIRE AND MARINE INSURANCE COMPANY, Appellant. (Action No. 1.) — Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

EDWIN SMITH, Respondent, v. NORTHWESTERN FIRE AND MARINE INSURANCE COMPANY, Appellant. (Action No. 2.) — Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

BLODWEN SOLA, Respondent, v. LOUIS D. SOLA, Appellant.— Motion to dismiss appeal denied. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

ALBERT B. TURNER and Others, as Executors, etc., of ALBERT TURNER, Deceased, Respondents, v. BURTON F. WHITE, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

BERNARD URBAND, Respondent, v. JACOB J. LUBELL and Others, Copartners, etc., Appellants.— Motion to resettle order granted. Order signed. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

FRED WAILLANT, JR., Respondent, v. SOUTH BROOKLYN RAILWAY COMPANY and KNICKERBOCKER ICE COMPANY, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

GRACE C. ZIMMER, Respondent, v. JOHN ZIMMER, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

FRANK CARPELLO, Appellant, v. ERNEST CARANA, Respondent.— Order vacating judgment, opening default, and setting case down for trial, reversed upon the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. The default of defendant was willful, and he did not move to open default until the collection of the judgment was assured. Kelly, P. J., Manning, Young and Lazansky, JJ., concur; Kapper, J., dissents, and votes to affirm, upon the ground that the matter rested in the discretion of the Special Term; that the terms imposed by the Special Term were as onerous as have ordinarily been imposed in like cases; and in view of the security and the punishment provided by the Special Term, defendant should be permitted to come in and defend.

BENIGNO DOLDAN, Respondent, v. LIVERPOOL, BRAZIL & RIVER PLATE STEAM NAVIGATION COMPANY, LTD., Appellant.— Order denying defendant's motion to dismiss complaint affirmed, with ten dollars costs and disbursements. In the absence of a more explicit record, showing the relationship between Lamport & Holt, Ltd., and the present defendant, and from which alone this court could determine whether the judgment in the prior action in favor of Lamport & Holt, Ltd., constituted a bar to the maintenance of the present action, we are unable to determine the question of the conclusiveness of the former judgment. Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ., concur.

LUCIE LE MAIRE DURYEA, Respondent, v. OSCAR CRAFT DURYEA, Appellant.— Order denying motion to vacate order of publication and dismiss complaint reversed upon the law, with ten dollars costs and disbursements, and motion